UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

In re:  Linda K. Lindsey                                          Case No.: 1:23-bk-70363
Debtor                                                                          Chapter 13

## MOTION TO EXTEND THE DEADLINE TO FILE CHAPTER 13 SCHEDULES AND PLAN

**COMES NOW** Linda K. Lindsey, ("Debtor") by and through her attorney, Matthew D. Mentgen, and for her Motion to Extend the Deadline to File Chapter 13 Schedules and Plan, states:

1. That this pending Chapter 13 case was filed on March 21, 2023 with deficient schedules and plan due on April 4, 2023.

2. That Debtor needs an extension of time to ascertain the extent of her income so that she may propose a reasonable settlement to her creditors.

**WHEREFORE**, Debtors prays that this Court grant her motion and allow her an additional fourteen (14) days to file her deficient schedules and plan.

Respectfully submitted,

/s/ Matthew D Mentgen
Matthew D. Mentgen  2008096
Attorney for Debtor
PO Box 164439
Little Rock, AR 72216
(501) 392-5662

## CERTIFICATE OF SERVICE

  I, Matthew D. Mentgen, do hereby certify that a copy of the foregoing was delivered to Jack W. Gooding, Chapter 13 Trustee by electronic transmission, today, April 06, 2023.

<u>/s/ Matthew D. Mentgen</u>
Matthew D. Mentgen
Attorney for Debtor
Ark Bar# 2008096
PO Box 164439
Little Rock, AR 72216
(501) 392-5662